IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2025 FEB 11  A 11: 59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:25-MJ-50 |
| | ) | |
| v. | ) | Count 1:  16 U.S.C. § 1538(a)(1)(F) |
| | ) | (Endangered Species Act) |
| JOHN GALLAGHER CRAIG, | ) | |
| | ) | Court Date:  February 27, 2025 |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about October 3, 2023, and November 27, 2023, in Fairfax, Virginia, within the Eastern District of Virginia, and elsewhere, defendant JOHN GALLAGHER CRAIG did unlawfully and knowingly offer for sale in interstate commerce an endangered species of wildlife listed pursuant to Title 16, United States Code, Section 1533, namely by advertising on the Internet the sale of a Hartmann "Brown Nose" Mountain Zebra (*Equus zebra hartmannae*) pelt and bringing the same to show a prospective customer in Fairfax, Virginia, all in violation of Title 16, United States Code, Section 1538(a)(1)(F).

### Forfeiture Notice

If convicted of this allegation, the defendant shall forfeit to the United States all wildlife offered for sale or imported into the United States contrary to the provisions of Chapter 35 of Title 16 of the United States Code, pursuant to Title 28, United States Code, Section 2461 (incorporating Title 16, United States Code, Section 1540(e)(4)(A)).

Erik S. Siebert
United States Attorney

By: _____/s/_____
Maia Foster, Special Assistant United States Attorney
Gordon D. Kromberg, Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on February 11, 2025, I filed the foregoing document in person with the Clerk of Court and sent a courtesy copy to Peter D. Greenspun, counsel for the defendant.

By: _____/s/_____
Maia Foster
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3820
Fax: 703-299-3980
Email: maia.foster2@usdoj.gov